■ The People of the State of New York, Respondent, v Verlon Tuck, Appellant. [638 NYS2d 380] —Upon remittitur from the Court of Appeals, judgment unanimously affirmed.

Memorandum: We conclude that the conviction of reckless endangerment in the first degree is not against the weight of the evidence (see, People v Bleakley, 69 NY2d 490, 495) and that defendant's sentence is not unduly harsh or severe. (Appeal from Judgment of Erie Supreme Court, Wolfgang, J.—Reckless Endangerment, 1st Degree.) Present—Pine, J. P., Fallon, Wesley, Callahan and Davis, JJ.